437 A.2d 935

**COMMONWEALTH of Pennsylvania**

**v.**

**Charles Sims AFRICA, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 19, 1981.

Decided Dec. 17, 1981.

James J. Phelan, Jr., Philadelphia (court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Mark Gurevitz, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

OPINION

PER CURIAM.

Judgments of sentence affirmed.